NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001179
05-NOV-2014
09:55 AM

NO. CAAP-14-0001179

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I

QUINN HARPER KAUFMAN, fka QUINN HARPER GONZALEZ,
Plaintiff-Appellee,
v.
REFUGIO GERARDO GONZALEZ,
Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 11-1-0403)

ORDER GRANTING THE OCTOBER 17, 2014
WITHDRAWAL OF NOTICE OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Withdrawal of Notice of Appeal, filed on October 17, 2014, by Defendant-Appellant Refugio Gerardo Gonzalez (**Appellant**), and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, November 5, 2014.

Chief Judge

Associate Judge

Associate Judge